UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH HERSHEY,

    Plaintiff,

v.

UNKNOWN HARWOOD, et al.,

    Defendants.
_____/

Case No. 2:23-cv-158

Hon. Hala Y. Jarbou

## ORDER

On March 12, 2024, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's motion for summary judgment (R&R, ECF No. 37). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 37) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 28) is **DENIED**.

Dated: April 18, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE