UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH HERSHEY,

    Plaintiff,

v.

UNKNOWN HARWOOD, et al.,

    Defendants.

_____/

Case No. 2:23-cv-158

Hon. Hala Y. Jarbou

## **JUDGMENT**

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: March 13, 2025

/s/ Hala y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE